IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH THE ACCOUNTS IDENTIFIED UNDER “@TruBoyModels” THAT IS NOW STORED AT THE PREMISES CONTROLLED BY GOOGLE, INC. | Case No. 3:24-mj-333<br><br>**Filed Under Seal** |

**ORDER**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google, Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the Subpoena) of the existence of the attached Subpoena until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. See 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google, Inc., shall not disclose the existence of the attached Subpoena, or this Order of the Court, to the listed subscriber or to any other person for a period of 180 days from the date of this Order, unless and until otherwise authorized to do so by the Court, except that Google, Inc., may disclose the attached Summons to an attorney for Google, Inc., for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until November 13, 20024, or until otherwise ordered by the Court.

May 16, 2024
Date

Alice R. Senechal
Alice R. Senechal,
United States Magistrate Judge